52 So.2d 890

### Paralee SCAMACK v. CITY OF BIRMINGHAM.
### 6 Div. 105.

Court of Appeals of Alabama.
March 13, 1951.

Application for Rehearing Stricken March 28, 1951, Sup.Ct. Rule 38, Code 1940, Tit. 7 Appendix.

Geo. E. Trawick, of Birmingham, for appellant.

Chas. H. Brown, of Birmingham, for appellee.

HARWOOD, Judge.

Affirmed. Certiorari denied by Supreme Court, 255 Ala. 699, 52 So.2d 885.

62 So.2d 927

### James SHADE v. STATE.
### 1 Div. 645.

Court of Appeals of Alabama.
Jan. 20, 1953.

HARWOOD, Judge.
Affirmed.

53 So.2d 896

### Willie Mae SMITH v. CITY OF BIRMINGHAM.
### 6 Div. 182.

Court of Appeals of Alabama.
April 24, 1951.

Rehearing Denied May 15, 1951.

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

HARWOOD, Judge.
Affirmed.

52 So.2d 890

### Walter SMITH and Houston Seay v. STATE.
### 8 Div. 963.

Court of Appeals of Alabama.
April 17, 1951.

H. H. Hamilton, of Russellville, for appellants.

Si Garrett, Atty. Gen., and Wm. N. McQueen, Asst. Atty. Gen., for the State.

PRICE, Judge.
Affirmed.

62 So.2d 926

### Claude SMITHERMAN v. STATE.
### 5 Div. 375.

Court of Appeals of Alabama.
Jan. 27, 1953.

Grover C. Walker, Clanton, for appellant.
Si Garrett, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.